IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL ANTHONY HERNANDEZ

    Defendants.
_____/

CR. NO. S-11-0214 JAM (GGH)

ORDER

        Defendant's motion for bail review came before the undersigned on September 16, 2011. All agreed that defendant had presented new and material evidence with respect to continued detention or release pending trial or other resolution of this case. All agreed that conditions could be fashioned to alleviate the potential of flight risk.

        In light of the new evidence, the court finds continued detention of defendant based on danger to the community to be a close case at this time under the governing standards of pretrial release.[1] Nevertheless, in light of the type of weapons at issue in this case, and the

////

////

---

[1] The government must produce clear and convincing evidence that upon release on conditions, defendant would pose a danger to the community. 18 U.S.C. § 3142(f).

1

apparent ease with which defendant was able to procure same, the court remains of the view that release at this time would pose a danger to the community.[2]

DATED: September 19, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

---

[2] Moreover, continuing on deferred entry of judgment in the previous state controlled substance case would be very unlikely given the allegations in this federal case.