Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: jeffreystaniels@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. HERNANDEZ,<br><br>    Defendant. | NO. 2:11-cr-214 TLN<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING PROCEEDINGS**<br><br>**Date:** October 31, 2013<br>**Time:** 9:30 a.m.<br>**Judge:** Hon. Troy L. Nunley |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, Jason Hitt, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Michael A. Hernandez, that the sentencing proceedings currently scheduled for October 31, 2013, be vacated and continued until November 7, 2013, in order to permit further review and discussion between counsel with regard to pending objections to the Presentence Report and with regard to each party's recommendations to the court as to sentencing.

    No speedy trial issue is implicated by this post-guilty plea stipulation and request for continuance.

**IT IS SO STIPULATED.**

Date: October 29, 2013         <u>s/ *Jeffrey L. Staniels*</u>
                               Jeffrey L. Staniels
                               Counsel for Defendant
                               Michael A. Hernandez


Date: October 29, 2013         <u>*/s/ Jason Hitt*</u>
                               Jason Hitt
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

**O R D E R**

**It is so ordered.**

                               By the Court,

Dated: November 1, 2013

_____
Troy L. Nunley
United States District Judge